**E-FILED**
Thursday, 06 April, 2006  04:20:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MAVERICK RECORDING COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  05-CV-1320 |
| | ) | |
| ANGELA JAMISON, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On October 21, 2005, Plaintiffs paid the filing fees in full for this

matter, and on November 7, 2005 (after a Text Order by this Court

directing it), Plaintiffs filed their Complaint herein.  However, Plaintiffs have

not taken steps to perfect service on Defendant.  Federal Rule of Civil

Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120

days of filing of the Complaint.   On March 7, 2006, the 120 days for

service lapsed.  Plaintiffs were reminded of the 120-day rule by this Court's

Text Order of March 13, 2006 and directed to file a status report by March

27, 2006 to show cause why the case should not be dismissed for want of

prosecution.  As of this date, Plaintiffs have failed to comply with Rule 4(m)

or to file the status report as ordered.  The Court recommends that

Plaintiffs' Complaint be dismissed for want of prosecution.

Plaintiffs are advised that any objection to this Report and

Recommendation must be filed in writing with the Clerk of the Court within

ten working days after being served with a copy of this Report and

Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely

objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc.

v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local

Rule 72.2.

ENTER:  April 6, 2006

     FOR THE COURT:          s/ Byron G. Cudmore

                                        _____

                                        BYRON G. CUDMORE
                            UNITED STATES MAGISTRATE JUDGE