E-FILED
Monday, 24 April, 2006   11:14:36 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MAVERICK RECORDING COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 05-1320 |
| ANGELA JAMISON, | ) ) ) |
| Defendant. | ) |

**O R D E R**

On April 6, 2006, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The Court concurs with the analysis of the Magistrate Judge that Plaintiffs failure to serve Defendant as required by Rule 4(m) warrants the dismissal of this action for failure to prosecute. Accordingly, the Court now adopts the Report & Recommendation [#5] of the Magistrate Judge in its entirety. This case is DISMISSED for want of prosecution.

ENTERED this 24th day of April, 2006.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge